In the Matter of the Claim of LOUIS GOLDMAN against JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY et al., Respondents.

STATE INDUSTRIAL BOARD, Appellant.

Argued November 17, 1937; decided December 7, 1937.

*John J. Bennett, Jr., Attorney-General (Leon Freedman* of counsel), for State Industrial Board, appellant.

*Charles P. Barre* for respondents.

Order affirmed, with costs against State Industrial Board; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.